No. 1159. SUPERINTENDENT OF INSURANCE OF NEW YORK *v.* BANKERS LIFE & CASUALTY CO. ET AL. C. A. 2d Cir. Certiorari granted.

No. 1162. SECURITIES AND EXCHANGE COMMISSION *v.* MEDICAL COMMITTEE FOR HUMAN RIGHTS. C. A. D. C. Cir. Certiorari granted. MR. JUSTICE DOUGLAS took no part in the consideration or decision of this petition.

No. 1184. NATIONAL LABOR RELATIONS BOARD *v.* PLASTERERS' LOCAL UNION No. 79, OPERATIVE PLASTERERS' & CEMENT MASONS' INTERNATIONAL ASSN., AFL–CIO, ET AL.; and

No. 1231. TEXAS STATE TILE & TERRAZZO CO., INC., ET AL. *v.* PLASTERERS' LOCAL UNION No. 79, OPERATIVE PLASTERERS' & CEMENT MASONS' INTERNATIONAL ASSN., AFL–CIO, ET AL. C. A. D. C. Cir. Motion of Building & Construction Trades Department, AFL–CIO, for leave to file a brief as *amicus curiae* granted. Certiorari granted. Cases consolidated and a total of one hour allotted for oral argument. Reported below: 142 U. S. App. D. C. 146, 440 F. 2d 174.

No. 5515. HUMPHREY *v.* CADY, WARDEN. C. A. 7th Cir. Motion for leave to proceed *in forma pauperis* and certiorari granted.

No. 5703. JACKSON *v.* INDIANA. Sup. Ct. Ind. Motion for leave to proceed *in forma pauperis* and certiorari granted.

No. 6073. BRITT *v.* NORTH CAROLINA. Ct. App. N. C. Motion for leave to proceed *in forma pauperis* and certiorari granted.